UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HOMIER & SONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:17-CV-1548 |
| | ) | |
| v. | ) | |
| | ) | |
| FIDELITY SECURITY | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Homier & Sons, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the above-captioned action, with prejudice, as a result of settlement.

Respectfully submitted,

BECKMAN LAWSON, LLP

Dated: October 3, 2017     By: /s/Douglas Dormire Powers
Douglas Dormire Powers, #6477-90
201 West Wayne Street
Fort Wayne, IN 46802
Telephone: (260) 422-0800
Facsimile: (260) 420-1013
dpowers@beckmanlawson.com
ATTORNEY FOR PLAINTIFF,
HOMIER & SONS, INC.